IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INVESTPIC, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 10-cv-1028 (UNA) |
| | § | |
| ALGORITHMICS (U.S.), INC.; CALYPSO TECHNOLOGY, INC.; FACTSET RESEARCH SYSTEMS, INC.; IBM CORP.; MISYS PLC; MISYS INTERNATIONAL BANKING SYSTEMS, INC.; MORNINGSTAR, INC.; MSCI, INC.; ORACLE CORP.; RISKMETRICS SOLUTIONS, INC.; SAS INSTITUTE, INC.; SS&C TECHNOLOGIES, INC.; STAT PRO, INC.; SUNGARD DATA SYSTEMS, INC.; AND TIBCO SOFTWARE, INC. | § | JURY DEMANDED |
| Defendants. | § | |

## INVESTPIC, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

InvestPic, LLC hereby states that it does not have a parent corporation nor does any publicly held corporation own more than 10% of InvestPic, LLC's stock.

DATED: November 29, 2010                    Respectfully submitted,

                                                                              **FARNAN LLP**

                                                                              /s/Brian E. Farnan  
                                                                              Brian E. Farnan (Bar No. 4089)  
                                                                              919 North Market Street, 12th Fl.  
                                                                              Wilmington, Delaware 19801  
                                                                              302-777-0300 Telephone  
                                                                              302-777-0301 Facsimile  
                                                                              bfarnan@farnanlaw.com

OF COUNSEL:  
Michael W. Shore (Texas State Bar No. 18294915)  
Patrick J. Conroy (Texas State Bar No. 24012448)  
Glenn E. Janik (Texas State Bar No. 24036837)  
SHORE CHAN BRAGALONE DEPUMPO LLP  
Bank of America Plaza  
901 Main Street, Suite 3300  
Dallas, Texas 75202  
214-593-9110 Telephone  
214-593-9111 Facsimile  
shore@shorechan.com  
pconroy@shorechan.com  
gjanik@shorechan.com

W. Ralph Canada, Jr. (Texas State Bar No. 03733800)  
K. Adam Rothey (Texas State Bar No. 2405127)  
CANADA RIDLEY LLP  
223 East College Street  
Grapevine, Texas 76051  
rcanada@canadaridley.com  
arothey@canadaridley.com

Richard A. Adams (Texas State Bar No. 00786956)  
Robert D. Katz (Texas State Bar No. 24057936)  
PATTON ROBERTS, PLLC  
Wells Fargo Plaza, Suite 400  
2900 St. Michael Drive  
Texarkana, Texas 75503  
903-334-7000 Telephone  
903-334-7007 Facsimile  
radams@pattonroberts.com  
rkatz@pattonroberts.com                               **ATTORNEYS FOR PLAINTIFF**  
                                                                         **INVESTPIC, LLC**