IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVESTPIC, LLC ) | |
| ) | |
| Plaintiff, ) | C.A. No. 10-cv-1028 (SLR) |
| ) | |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| ALGORITHMICS (U.S.), Inc., et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Michael W. Shore, Patrick J. Conroy, Glenn E. Janik of Shore Chan Bragalone DePumpo LLP; W. Ralph Canada, Jr. and K. Adam Rothey of Canada Ridley LLP; and Richard A. Adams, Robert D. Katz, Phillip N. Cockrell, and Corey D. McGaha of Patton Roberts PLLC to represent Plaintiff InvestPic, LLC in this matter.

                                            FARNAN LLP

                                            /s/ Brian E. Farnan
                                            Brian E. Farnan (Bar No. 4089)
                                            919 N. Market Street, 12th Floor
                                            Wilmington, Delaware 19801
                                            (302) 777-0300
                                            (302) 777-0301
                                            bfarnan@farnanlaw.com

                                            Attorney for InvestPic, LLC

Date: December 13, 2010

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                                          _____
                                                             The Honorable Sue L. Robinson

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted _X_ to the Clerk's Office upon the filing of this motion.

Michael W. Shore, Esquire
SHORE CHAN BRAGALONE DEPUMPO LLP
Bank of America Plaza
901 Main Street, Suite 3300
Dallas, Texas 75202
214-593-9110 Telephone
214-593-9111 Facsimile
shore@shorechan.com

Date: December 1, 2010

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted _X_ to the Clerk's Office upon the filing of this motion.

Patrick J. Conroy, Esquire
SHORE CHAN BRAGALONE DEPUMPO LLP
Bank of America Plaza
901 Main Street, Suite 3300
Dallas, Texas 75202
214-593-9110 Telephone
214-593-9111 Facsimile
pconroy@shorechan.com

Date: December 1, 2010

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted _X_ to the Clerk's Office upon the filing of this motion.

_____
Glenn E. Janik, Esquire
SHORE CHAN BRAGALONE DEPUMPO LLP
Bank of America Plaza
901 Main Street, Suite 3300
Dallas, Texas 75202
214-593-9110 Telephone
214-593-9111 Facsimile
gjanik@shorechan.com

Date: December 1, 2010

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted _X_ to the Clerk's Office upon the filing of this motion.

W. Ralph Canada, Jr., Esquire
CANADA RIDLEY LLP
223 East College Street
Grapevine, Texas 76051
817-329-2003 Telephone
817-329-8715 Facsimile
rcanada@canadaridley.com

Date: 12.6.2010

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid __ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted _X_ to the Clerk's Office upon the filing of this motion.

K. Adam Rothey, Esquire
CANADA RIDLEY LLP
223 East College Street
Grapevine, Texas 76051
817-329-2003 Telephone
817-329-8715 Facsimile
arothey@canadaridley.com

Date: _11-30-2010_

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Texas and Arkansas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid __ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted _X_ to the Clerk's Office upon the filing of this motion.

_____
Richard A. Adams, Esquire
PATTON ROBERTS, PLLC
Wells Fargo Plaza, Suite 400
2900 St. Michael Drive
Texarkana, Texas 75503
903-334-7000 Telephone
903-334-7007 Facsimile
richard.adams@pattonroberts.com

Date: November 30, 2010

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid __ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted _X_ to the Clerk's Office upon the filing of this motion.

Robert D. Katz, Esquire
PATTON ROBERTS, PLLC
Wells Fargo Plaza, Suite 400
2900 St. Michael Drive
Texarkana, Texas 75503
903-334-7000 Telephone
903-334-7007 Facsimile
rkatz@pattonroberts.com

Date: December 1, 2010

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Texas and Arkansas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid __ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted _X_ to the Clerk's Office upon the filing of this motion.

*/s/ Phillip N. Cockrell*
Phillip N. Cockrell, Esquire
PATTON ROBERTS, PLLC
Wells Fargo Plaza, Suite 400
2900 St. Michael Drive
Texarkana, Texas 75503
903-334-7000 Telephone
903-334-7007 Facsimile
pcockrell@pattonroberts.com

Date: November 30, 2010

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Texas and Arkansas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid __ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted _X_ to the Clerk's Office upon the filing of this motion.

_____
Corey D. McGaha, Esquire
PATTON ROBERTS, PLLC
Wells Fargo Plaza, Suite 400
2900 St. Michael Drive
Texarkana, Texas 75503
903-334-7000 Telephone
903-334-7007 Facsimile
cmcgaha@pattonroberts.com

Date: November 30, 2010