IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INVESTPIC, LLC | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | No. 10-cv-1028-SLR |
| | § | |
| ALGORITHMICS (U.S.), INC.; *et al.,* | § | JURY DEMANDED |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF INVESTPIC, LLC'S NOTICE OF DISMISSAL OF ORACLE CORP.

Plaintiff InvestPic, LLC ("InvestPic") hereby informs the Court that it has resolved its dispute with Defendant Oracle Corp. ("Oracle"), who has not filed an answer or a motion for summary judgment in this action. Accordingly, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), InvestPic hereby dismisses its claims asserted against Oracle in this action. InvestPic and Oracle have agreed that each party will bear its own costs and attorneys' fees incurred in connection with this action relating to the dismissed claims.

DATED: July 1, 2011          Respectfully submitted,

**FARNAN LLP**

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street, 12th Fl.
Wilmington, Delaware 19801
302-777-0300 Telephone
302-777-0301 Facsimile
bfarnan@farnanlaw.com

Michael W. Shore (admitted *pro hac vice*)
Patrick J. Conroy (admitted *pro hac vice*)
Glenn E. Janik (admitted *pro hac vice*)
**SHORE CHAN BRAGALONE DEPUMPO LLP**
Bank of America Plaza
901 Main Street, Suite 3300
Dallas, Texas 75202
214-593-9110 Telephone
214-593-9111 Facsimile
shore@shorechan.com
pconroy@shorechan.com
gjanik@shorechan.com

W. Ralph Canada, Jr. (admitted *pro hac vice*)
K. Adam Rothey (admitted *pro hac vice*)
**CANADA RIDLEY LLP**
223 East College Street
Grapevine, Texas 76051
rcanada@canadaridley.com
arothey@canadaridley.com

Richard A. Adams (admitted *pro hac vice*)
Robert D. Katz (admitted *pro hac vice*)
**PATTON ROBERTS, PLLC**
Wells Fargo Plaza, Suite 400
2900 St. Michael Drive
Texarkana, Texas 75503
903-334-7000 Telephone
903-334-7007 Facsimile
radams@pattonroberts.com
rkatz@pattonroberts.com

**ATTORNEYS FOR PLAINTIFF
INVESTPIC, LLC**