IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVESTPIC, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 10-1028-SLR |
| | ) |
| ALGORITHMICS (U.S.), INC., CALYPSO TECHNOLOGY, INC., FACTSET RESEARCH SYSTEMS, INC., IBM CORP., MISYS PLC, MISYS INTERNATIONAL BANKING SYSTEMS, INC., MORNINGSTAR, INC., MSCI, INC., RISKMETRICS SOLUTIONS, INC., SAS INSTITUTE, INC., SS&C TECHNOLOGIES, INC., STATPRO, INC., SUNGARD DATA SYSTEMS, INC., AND TIBCO SOFTWARE, INC., | ) **JURY TRIAL DEMANDED** |
| Defendants. | |

**DEFENDANT ALGORITHMICS (U.S.), INC.'S RULE 7.1
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant Algorithmics (U.S.), Inc. hereby discloses that it is 100% owned by Fitch Risk Management, Inc.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Erika R. Caesar*

---
Melanie K. Sharp (No. 2501)
Erika R. Caesar (No. 5143)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

                                          K&L GATES LLP
                                          Michael J. Abernathy
                                          Brian J. Arnold
                                          70 West Madison Street, Suite 3100
                                          Chicago, IL  60602-4207
                                          (312) 372-1121

Dated: October 14, 2011         *Attorneys for Algorithmics (U.S.), Inc.*