**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **INVESTPIC, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ALGORITHMICS (U.S.), INC., CALYPSO TECHNOLOGY, INC., FACSET RESEARCH SYSTEMS, INC., IBM CORP., MISYS PLC, MISYS INTERNATIONAL BANKING SYSTEMS, INC., MORNINGSTAR, INC., MSCI INC., ORACLE CORP., RISKMETRICS SOLUTIONS, INC., SAS INSTITUTE, INC., SS&C TECHNOLOGIES, INC., STATPRO, INC., SUNGARD DATA SYSTEMS, INC., AND TIBCO SOFTWARE, INC.,**<br><br>**Defendants.** | § § § § § § § § § § § § § § § § § § § § | C.A. No. 1:10-cv-01028-RGA<br><br>JURY TRIAL DEMANDED |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Michael S. Golenson to represent defendants MSCI Inc. and RiskMetrics Solutions, Inc. in this matter.

Dated: March 20, 2012

Respectfully submitted,

By: */s/ Francis DiGiovanni*

Francis DiGiovanni (#3189)
Chad S.C. Stover (#4919)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
Telephone: (302) 658-9141
fdigiovanni@cblh.com
cstover@cblh.com

*Attorneys for Defendants*
*MSCI Inc. and RiskMetrics Solutions, Inc.*

4541988v1

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: ____________________

______________________________________________
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: 3/20/12

Michael S. Golenson
**K&L GATES LLP**
70 West Madison Street, Suite 3100
Chicago, Illinois 60602-4207
Tel: (312) 372-1121
Fax: (312) 827-8150
michael.golenson@klgates.com

*Attorney for Defendants*
*MSCI Inc. and RiskMetrics Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I, Francis DiGiovanni, hereby certify that on the 20th day of March, 2012, a true copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered attorneys of record and allow the document to be viewed and downloaded from CM/ECF.

I further certify that I caused copies of the foregoing document to be served on March 20, 2012, upon the following via electronic mail:

Brian E. Farnan
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
*Attorneys for Plaintiff InvestPic, LLC*

Michael W. Shore
Patrick J. Conroy
Glenn E. Janik
Shore Chan Bragalone DePumpo LLP
Bank of America Plaza
901 Main Street, Suite 3300
Dallas, TX 75202
shore@shorechan.com
pconroy@shorechan.com
gjanik@shorechan.com
*Attorneys for Plaintiff InvestPic, LLC*

W. Ralph Canada, Jr.
K. Adam Rothey
Canada Ridley LLP
223 East College Street
Grapevine, TX 76051
rcanada@canadaridley.com
arothey@canadaridley.com
*Attorneys for Plaintiff InvestPic, LLC*

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com
*Attorneys for Defendant Algorithmics (U.S.), Inc., IBM Corp. and Sungard Data Systems, Inc.*

Michael J. Abernathy
Brian J. Arnold
K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602-4207
Mike.abernathy@klgates.com
Brian.arnold@klgates.com
*Attorneys for Defendant Algorithmics (U.S.), Inc.*

Kenneth Adamo
Archit Shah
Kirkland & Ellis LLP
300 N. La Salle Dr.
Chicago, IL 60654
kradamo@kirkland.com
Archit.shah@kirkland.com
*Attorneys for Defendant Algorithmics (U.S.), Inc.*

Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
rdsefiling@mnat.com
*Attorneys for Defendants Calypso Technology, Inc. and FactSet Research Systems Inc.*

Graham M. Buccigross
Daniel N. Yannuzzi
Matthew M. Mueller
Sheppard Mullin Richter & Hampton LLP
12275 El Camino Real, Ste. 200
San Diego, CA 92130
gbuccigross@sheppardmullin.com
dyannuzzi@sheppardmullin.com
mmueller@sheppardmullin.com
*Attorneys for Defendant Calpyso Technology, Inc.*

Kenneth R. Adamo
Kirkland & Ellis LLP
300 N. LaSalle Dr.
Chicago, IL 60654
kradamo@kirkland.com
*Attorneys for Defendant IBM Corp.*

John A. Marlott
Emily Merkler Wood
Jones Day
77 West Wacker Drive
Chicago, IL 60601
jmarlott@jonesday.com
ewood@jonesday.com
*Attorneys for Defendant IBM Corp.*

Michael J. Maimome
Gregory E. Stuhlman
Greenberg Traurig, LLP
1007 North Orange Street
Suite 1200
Wilmington, DE 19801
maimonem@gtlaw.com
stuhlmang@gtlaw.com
*Attorneys for Misys PLC and Misys International Banking Systems, Inc.*

James W. Soong
Daniel T. McCloskey
Greenberg Traurig, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
soongj@gtlaw.com
mccloskeyd@gtlaw.com
*Attorneys for Misys PLC and Misys International Banking Systems, Inc.*

Mary B. Matterer
Richard K. Herrmann
Morris James LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494
mmatterer@morrisjames.com
rherrmann@morrisjames.com
*Attorneys for Defendant Morningstar, Inc. and TIBCO Software Inc.*

Thomas N. Tarney
Sidley Austin LLP
717 North Harwood, Suite 3400
Dallas, TX 75201
ttarney@sidley.com
*Attorneys for Defendant Morningstar, Inc.*

Paul E. Veith
Constantine Koutsoubas
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
pveith@sidley.com
dkoutsoubas@sidley.com
*Attorneys for Defendant Morningstar, Inc.*

Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
tcgefiling@mnat.com
*Attorneys for Defendant SAS Institute, Inc.*

Thomas R. Goots
David B. Cochran
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
trgoots@jonesday.com
dcochran@jonesday.com
*Attorneys for Defendant SAS Institute, Inc.*

John W. Shaw
Karen E. Keller
Shaw Keller LLP
800 Delaware Avenue, 4th Floor
Wilmington, DE 19801
jshaw@shawkeller.com
kkeller@shawkeller.com
*Attorneys for Defendant SS&C Technologies, Inc.*

Michael A. Albert
Chelsea A. Loughran
Wolf, Greenfield & Sacks P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
malbert@wolfgreenfield.com
cloughran@wolfgreenfield.co
*Attorneys for Defendant SS&C Technologies, Inc.*

Robert S. Mallin
James P. Naughton
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611
rmallin@brinkshofer.com
jnaughton@brinkshofer.com
*Attorneys for Defendant StatPro Inc. Company*

Steven J. Rocci
Gary H. Levin
Jeffrey W. Lesovitz
Jeb B. Oblak
Woodcock Washburn
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891
srocci@woodcock.com
Levin@woodcock.com
jlesovitz@woodcock.com
joblak@woodcock.com
*Attorneys for Defendant Sungard Data Systems, Inc.*

Michael B. Levin
Abraham DeLao
Christopher Grewe
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
mlevin@wsgr.com
adelao@wsgr.com
cgrewe@wsgr.com
*Attorneys for Defendant TIBCO Software Inc.*

*/s/ Francis DiGiovanni*
Francis DiGiovanni (#3189)