**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **INVESTPIC, LLC** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | C.A. Nos. 10-cv-1028-RGA |
| | § | |
| **ALGORITHMICS (U.S.), INC.,** *et al.,* | § | |
| | § | JURY DEMANDED |
| *Defendants*. | § | |
| | § | |
| | § | |

**STIPULATION EXTENDING STATUS REPORT DEADLINE**

Plaintiff and Defendants hereby stipulate, subject to the approval of the Court, that the deadline for the parties to file a status letter regarding the status of re-examination is extended from February 12, 2014 to February 18, 2014.

DATED: February 12, 2014                                        Respectfully submitted,


POTTER ANDERSON & CORROON LLP                FARNAN LLP

/s/ David E. Moore                                              /s/ Brian E. Farnan
Richard L. Horwitz (#2246)                              Brian E. Farnan (# 4089)
David E. Moore (#3983)                                    919 N. Market Street, 12th Floor
Hercules Plaza, 6th Floor                                 Wilmington, DE 19801
1313 N. Market Street                                       Telephone: (302) 777-0300
Wilmington, DE 19801                                      Facsimile: (302) 777-0301
Tel: (302) 984-6000                                            bfarnan@farnanlaw.com
rhorwitz@potteranderson.com                        *Attorneys for Plaintiff InvestPic, LLC*
dmoore@potteranderson.com
*Attorneys for Defendants Algorithmics (US)
Inc., IBM Corp., and Sungard Data Systems
Inc.*


MORRIS, NICHOLS, ARSHT & TUNNELL            MORRIS JAMES LLP

/s/ Rodger D. Smith, II                                      /s/ Mary Matterer
Rodger D. Smith, II (#3778)                             Mary Matterer (#2696)

| | |
|---|---|
| 1201 North Market Street<br>Wilmington, DE 19899<br>*Attorneys for Defendants Calypso*<br>rsmith@mnat.com<br><br>*Technology Inc. and FactSet Research Systems Inc.* | Richard K. Herrmann (#405)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19899-2306<br>mmatterer@morrisjames.com<br>rherrmann@morrisjames.com<br>*Attorneys for Defendant TIBCO Software Inc.* |
| GREENBERG TRAURIG, LLP<br><br>/s/ Gregory E. Stuhlman<br>Michael J. Maimone (#3592)<br>Gregory E. Stuhlman (#4765)<br>Greenberg Traurig, LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>maimonem@gtlaw.com<br>stuhlmang@gtlaw.com<br>*Attorneys for Defendants Misys PLC and Misys International Banking Systems Inc.* | NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP<br><br>Francis DiGiovanni<br>Francis DiGiovanni (#3189)<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19899<br>frank.digiovanni@novakdruce.com<br>*Attorneys for Defendants MSCI Inc. and RiskMetrics Solutions Inc.* |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ Thomas C. Grimm<br>Thomas C. Grimm (#1098)<br>1201 N. Market Street<br>Wilmington, DE 19899-1347<br>tgrimm@mnat.com<br>*Attorneys for Defendant SAS Institute Inc.* | SHAW KELLER LLP<br><br>/s/ Karen E. Keller<br>John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>800 Delaware Avenue, 4th Floor<br>Wilmington, DE 19801<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>*Attorneys for Defendant SS&C Technologies Inc.* |

SO ORDERED THIS _____ day of February, 2014.

_____
The Honorable Richard G. Andrews