**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **INVESTPIC, LLC** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 10-cv-01028-RGA** |
| | ) | |
| **ALGORITHMICS (U.S.), INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |
| | ) | |
| **INVESTPIC, LLC** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 12-cv-603-RGA** |
| | ) | |
| **SAS INSTITUTE INC.,** | ) | |
| | ) | |
| **Defendant.** | | |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiff InvestPic, LLC ("Plaintiff") and Defendants Algorithmics (U.S.), Inc., IBM Corporation, SAS Institute Inc., FactSet Research Systems, Inc., Misys PLC, Misys International Banking Systems, Inc., MSCI, Inc., Riskmetrics Solutions, Inc., SS&C Technologies, Inc., Sungard Data Systems, Inc., and TIBCO Software, Inc. (collectively, "Defendants") hereby stipulate to the dismissal with prejudice of all claims and defenses asserted in this case by Plaintiff against Defendants, and to the dismissal without prejudice of all claims, defenses and counterclaims asserted by Defendants in this case against Plaintiff.

All parties shall bear their own costs, disbursements and attorneys' fees.

Date:  August 29, 2019                    Respectfully submitted,


/s/ Brian E. Farnan                       /s/ David E. Moore
Brian E. Farnan (#4089)                   Richard L. Horwitz (#2246)
FARNAN LLP                                David E. Moore (#3983)
919 N. Market Street, 12th Floor          POTTER, ANDERSON & CORROON LLP
Wilmington, DE 19801                      Hercules Plaza, 6th Floor
(302) 777-0300                            1313 N. Market Street
(302) 777-0301 (Facsimile)                Wilmington, DE  19801
bfarnan@farnanlaw.com                     Tel:  (302) 984-6000
                                          rhorwitz@potteranderson.com
                                          dmoore@potteranderson.com
*Attorneys for Plaintiff*
*InvestPic LLC*                           *Attorneys for Defendants*
                                          *IBM Corporation and Algorithmics (U.S.),*
                                          *Inc.*


                                          /s/ Thomas C. Grimm
                                          Thomas C. Grimm (#1098)
                                          MORRIS, NICHOLS, ARSHT & TUNNELL
                                          1201 N. Market Street
                                          P.O. Box 1347
                                          Wilmington, DE 19899
                                          Tel: (302) 658-9200
                                          grimm@mnat.com

                                          *Attorneys for Defendant SAS Institute Inc.*

*/s/ Rodger Smith*
Rodger D. Smith II (#3778)
Michael J. Flynn (#5333)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 351-9200
rsmith@mnat.com
mflynn@mnat.com

*Attorneys for Defendant FactSet Research
Systems, Inc.*

*/s/ Gregory Stuhlman*
Gregory E. Stuhlman
CHIPMAN BROWN CICERO & COLE,
LLP
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Tel. (302) 468-4597
Fax. (302) 304-0199
Stuhlman@chipmanbrown.com

*Attorneys for Defendants Misys PLC, and
Misys International Banking Systems, Inc.*

*/s/ Francis DiGiovanni*
Francis DiGiovanni (#3189)
Drinker Biddle & Reath LLP
222 Delaware Ave., Ste 1410
Wilmington, DE 19801
Telephone: (302) 467-4200
Francis.DiGiovanni@dbr.com

*Attorneys for Defendant MSCI, Inc.*

*/s/ Francis DiGiovanni*
Francis DiGiovanni (#3189)
Drinker Biddle & Reath LLP
222 Delaware Ave., Ste 1410
Wilmington, DE 19801
Telephone: (302) 467-4200
Francis.DiGiovanni@dbr.com

*Attorneys for Defendant Riskmetrics
Solutions, Inc.*

*/s/ Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
Shaw Keller LLP
I.M. Pei Building
1105 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com

*Attorneys for Defendant SS&C Technologies,
Inc.*

*/s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER, ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Sungard Data
Systems, Inc.*

*/s/ Mary Matterer*
Mary B. Matterer (#2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for Defendant TIBCO Software, Inc.*

**IT IS SO ORDERED**:

This _____ day of _____, 2019                    _____

                                                   Richard G. Andrews, U.S.D.J.